UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENRIC HOWARD | § | CIVIL ACTION NO. __________ |
| VERSUS | § | SEC: ______________ |
| SEADRILL AMERICAS, INC. | § | MAGISTRATE: _______ |

**SEAMAN'S SUIT**

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, KENRIC HOWARD, a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named Defendant is SEADRILL AMERICAS, INC. (hereinafter SEADRILL), a corporation engaged in the business of offshore deepwater drilling.

3.

On or about June 15, 2015, Plaintiff, KENRIC HOWARD, was employed by the Defendant, SEADRILL, as a roustabout assigned to the WEST CAPRICORN, a deepwater semi-submersible drilling vessel.

4.

On or about June 15, 2015, the WEST CAPRICORN was a vessel owned, operated and/or controlled by the Defendant, SEADRILL, and was operating in the navigable waters of the Gulf of Mexico.

5.

While in the service of the WEST CAPRICORN and his employer's interests, Plaintiff, KENRIC HOWARD, sustained severe injuries to his person including, but not limited to, his lower back, right ankle and left knee.

6.

A cause of this incident was the fault and/or negligence attributable to the Defendant, SEADRILL, in the following non-exclusive respects:

a. failing to provide the Plaintiff with a safe place to work;

b. failing to give proper and appropriate warnings to the Plaintiff;

c. failing to adequately plan the operation ongoing at the time of the incident;

d. other negligent acts and/or omissions to be shown at the trial of this action.

7.

A proximate cause of this accident herein was the unseaworthiness of the WEST CAPRICORN and its appurtenances, specifically the vessel's riser bay decking / grating.

8.

This incident occurred while Plaintiff, a seaman, was in the service of the vessel entitling him to receive maintenance and cure benefits.

9.

As a result of the above and foregoing negligent acts and/or omissions, Plaintiff, KENRIC HOWARD, suffered severe and disabling physical and mental injuries and he seeks monetary damages for the following:

a. Past and future loss of wages and benefits;

b. Impairment of future earning capacity;

c. Physical pain and suffering;

d. Mental and emotional pain and suffering;

e. Past and future medical expenses;

f. Permanent disability;

g. Loss of enjoyment of life; and,

h. Additional damages to be shown at the trial of this action.

10.

Plaintiff was not at fault in causing this incident or the resulting damages.

11.

Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff, KENRIC HOWARD, prays for judgement herein and against Defendant, SEADRILL AMERICAS, INC. and that Defendant be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, KENRIC HOWARD, and against Defendant herein, SEADRILL AMERICAS, INC., in the total sum of FOUR MILLION ($4,000,000.00) DOLLARS, plus interest from the date of the incident until paid, all costs of these proceedings, for a trial by jury and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC

***/s/ Berney L. Strauss***

Berney L. Strauss #12527
Rhett E. King #23811
Clinton G. Mead #35244
Sarah A. Lowman #18311
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com

ATTORNEYS FOR PLAINTIFF,
KENRIC HOWARD