UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENRIC HOWARD | CIVIL ACTION |
| VERSUS | NO: 15-2441 |
| SEADRILL AMERICAS, INC. | SECTION: "F" |

# J U D G M E N T

This cause having been tried and submitted to a jury, and the jury having returned a verdict; Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the plaintiff, Kenric Howard, and against the defendant, Seadrill Americas, Inc. in the amount of $ 745,647.37. Costs are to be taxed to the defendant, Seadrill Americas, Inc.

New Orleans, Louisiana, this 12th day of April, 2017.

Martin L. C. Feldman

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE